# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   BYRON E. JENNINGS, SR.  
P.O. BOX 1662   SSN-xxx-xx-6993  
BELVIDERE, IL  61008

Case Number: 07-70412

Case filed on: 2/27/2007  
Plan Confirmed on: 6/8/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $3,729.13          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY PHILIP H HART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | MUTUAL MANAGEMENT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | SPECIALIST ONE DAY SURGERY CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | SYRACUSE CITY PUBLIC SAFETY | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | THE RAWLINGS COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| 054 | AFFILIATED CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | CHECK PLUS SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 056 | MCA MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 057 | OXFORD MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | IRS DEPARTMENT OF THE TREASURY | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | NEW YORK STATE DEPT OF | 888.24 | 888.24 | 104.66 | 0.00 |
| 053 | INTERNAL REVENUE SERVICE | 5,960.78 | 5,960.78 | 761.44 | 0.00 |
|  | Total Priority | 6,849.02 | 6,849.02 | 866.10 | 0.00 |
| 999 | BYRON E. JENNINGS, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | HARRIS BEACH PLLC | 16,000.00 | 16,000.00 | 1,414.49 | 1,215.24 |
| 052 | COACHLITE APARTMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 16,000.00 | 16,000.00 | 1,414.49 | 1,215.24 |
| 001 | HARRIS BEACH PLLC | 4,919.50 | 245.97 | 0.00 | 0.00 |
| 003 | NEW YORK STATE DEPT OF | 44.45 | 2.22 | 0.00 | 0.00 |
| 004 | CAPITAL RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CERTEGY PAYMENT RECOVERY SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CHECK IT | 161.73 | 8.09 | 0.00 | 0.00 |
| 007 | CHECK COLLECTION DEPT | 2,264.94 | 113.25 | 0.00 | 0.00 |
| 008 | CLEAR CHECK INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CLEAR CHECK, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | DIRECT TV | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | DIRECT TV | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | FIRST PERFORMANCE RECOVERY CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | I.C. SYSTEM INC | 280.50 | 14.02 | 0.00 | 0.00 |
| 014 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | INTERNIST ASSOCIATES OF CNY | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | INTREPID LANE ANESTHESIA | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | JOHN D. COVINO, ATTY AT LAW | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | KOHL'S DEPARTMENT STORE | 232.71 | 11.64 | 0.00 | 0.00 |
| 019 | LABORATORY ALLIANCE OF CNY | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | LAW OFFICES OF MITCHELL N. KAY | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | MED - REV RECOVERIES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | MERIT RECOVERY SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MERRILL LYNCH | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | NATIONAL CITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | NEW YORK STATE HIGHER EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | NIAGRA MOHAWK | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | NPG EMPLOYEES FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | NPG EMPLOYEES FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | NPG EMPLOYEES FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | OFFICE OF THE DISTRICT ATTORNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | ONONDAGA COUNTY COURTHOUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | ORTHOPEDIC REHABILITATION SERVICES, PT | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | P & C FOOD MARKET #3095 | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | PALMER, REIFLER & ASSOCIATES, P.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | PLAZA ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | RECEIVABLES PERFORMANCE MANAGEMENT, LLC | 0.00 | 0.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---:|---:|---:|---:|
| 038 | RENAISSANCE NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | ROCKFORD REGISTER STAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | SCHNUCKS MARKETS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | SECURE RESOURCE RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | SPECIAL ONEDAY SURGERY | 259.79 | 12.99 | 0.00 | 0.00 |
| 044 | SPECIALISTS ONE-DAY SURGERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | MUTUAL MANAGEMENT SERVICES | 851.25 | 42.56 | 0.00 | 0.00 |
| 048 | TRS RECOVERY SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | AFNI/VERIZON | 262.44 | 13.12 | 0.00 | 0.00 |
| 053 | INTERNAL REVENUE SERVICE | 434.34 | 21.72 | 0.00 | 0.00 |
| 058 | PHYSICIANS IMMEDIATE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 059 | PROFESSIONAL PROPERTY MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 060 | NATIONAL GRID | 1,134.65 | 56.73 | 0.00 | 0.00 |
| 061 | LAW OFFICE OF THOMAS W REED II PLLC | 343.00 | 17.15 | 0.00 | 0.00 |
| 062 | KOHL'S DEPARTMENT STORE | 237.44 | 11.87 | 0.00 | 0.00 |
| | Total Unsecured | 11,426.74 | 571.33 | 0.00 | 0.00 |
| | Grand Total: | 34,275.76 | 23,420.35 | 2,280.59 | 1,215.24 |

Total Paid Claimant: $3,495.83
Trustee Allowance: $233.30
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 04/18/2008      By /s/Heather M. Fagan